IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-CV-495-D
No. 5:08-MC-11-D

| | | |
|---|---|---|
| ARTHUR O. ARMSTRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL F. EASLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Arthur O. Armstrong has an insatiable appetite for frivolous litigation and is the subject of prefiling injunctions in this court and the Fourth Circuit. The docket in the United States District Court for the Eastern District of North Carolina is filled with six years of frivolous litigation that Armstrong has initiated. Most recently, the docket in case number 5:06-CV-495-D contains numerous orders concerning his frivolous litigation [D.E. 9, 25, 27, and 35]. Likewise, the docket in case number 5:08-MC-11-D contains numerous orders concerning Armstrong's frivolous litigation [D.E. 1, 7, 9, 25, 33, 36, 40, 41, and 47].

Armstrong has filed five new motions in case number 5:06-CV-495-D [D.E. 28, 37, 38, 39, and 40]. He has filed two new motions in case number 5:08-MC-11-D [D.E. 46 and 48].

The court has reviewed Armstrong's latest motions. The court GRANTS the motion [D.E. 46] in case number 5:08-MC-11-D seeking leave to withdraw a notice of appeal filed on July 11, 2008. The rest of the motions are frivolous. Accordingly, the other six motions are DENIED.

Armstrong is again WARNED that continuing to file frivolous motions will result in yet another sanction order and that the sanction will be more than the $3,000 sanction contained in this

court's order of December 12, 2006.

SO ORDERED. This **17** day of October 2008.

                                        JAMES C. DEVER III
                                        United States District Judge